UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br>RONALD STEVEN WATSON,<br>        Plaintiff. | No. C-15-3211 EMC (pr)<br><br>**ORDER OF DISMISSAL** |

This action was opened on July 10, 2015, when the Court received from Ronald Steven Watson a letter concerning his conditions while in custody. On that date, the Court notified Mr. Watson in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a complaint within twenty-eight days. Mr. Watson did not file a complaint or otherwise respond to the notices. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: September 3, 2015

_____
EDWARD M. CHEN
United States District Judge