**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                             No. C 15-3210 EMC (pr)

RONALD STEVEN WATSON,

          Plaintiff.                          **ORDER OF DISMISSAL**

_____/


      This action was opened on July 10, 2015, when the Court received from Ronald Steven Watson a letter concerning his prison conditions. On that date, the Court notified Mr. Watson in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a complaint within twenty-eight days. Mr. Watson did not file a complaint or otherwise respond to the notices. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file.

      IT IS SO ORDERED.


Dated: September 3, 2015

                                  _____
                                  EDWARD M. CHEN
                                  United States District Judge